DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS MACKEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1944

_____

January 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Thomas Mackey, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.